# United States District Court

| MIDDLE | DISTRICT OF | ALABAMA |

LARRY FITZPATRICK

　　　　Plaintiff

CITY OF MONTGOMERY

　　　　Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: cv 2:07-CV-528-WHA

TO: (Name and address of defendant)

**City of Montgomery**
**c/o Bobby Bright**
**103 N. Perry Street**
**Montgomery, AL 36104**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph C. Guillot, Esq.
McPhillips Shinbaum, LLP
516 S. Perry Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within _____20 days_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*　　　　　　　　　　　　6/14/2007

CLERK　　　　　　　　　　　　　　　　　DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |
| Check one box below to indicate appropriate method of service | |

☐  Served personally upon the defendant. Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____

☐  Other (Specify): _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
               Date                                    Signature of Server

                                                _____
                                                Address of Server

_____