IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Larry Fitzpatrick,

Plaintiff,

v.

City of Montgomery,

Defendants,

CASE NO. 2:07-CV-528-WHP

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Larry Fitzpatrick, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [X] This party is an individual, or
- [ ] This party is a governmental entity, or
- [X] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

6/20/2007
Date

/s/Joseph C. Guillot
(Signature)

Joseph C. Guillot
(Counsel's Name)

Larry Fitzpatrick
Counsel for (print names of all parties)

McPhillips Shinbaum LLP
516 South Perry Street, Montgomery AL 36104
Address, City, State Zip Code

334-262-1911
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

## CERTIFICATE OF SERVICE

I, Joseph C. Guillot , do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic filing (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20th day of June 20 07, to:

City of Montgomery

c/o Bobby Bright, Mayor

103 N. Perry Street

Montgomery, AL 36104

6/20/2007
Date

/s/Joseph C. Guillot
Signature