### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **LARRY FITZPATRICK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **CASE NO.: 2:07-CV-528-WHA** |
| | ) |
| **CITY OF MONTGOMERY,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW, CITY OF MONTGOMERY, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

■    This party is a governmental entity, or

☐    There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

Reportable Entity                        Relationship to Party

None                                     None

_____                        _____
_____                        _____
_____                        _____
_____                        _____

7/02/07                                  /s/Michael D. Boyle
Date                                     (Signature)

                                         Michael D. Boyle
                                         (Counsel's Name)

                                         City of Montgomery
                                         Counsel for (print names of all parties)

                                         103 N. Perry St.
                                         Montgomery, A1 36101
                                         334-241-2050

## CERTIFICATE OF SERVICE

I, Michael D. Boyle, do hereby certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 2nd day of July 2007, to:

Joe C. Guillot, Esq.
516 South Perry
Montgomery, Alabama 36104


<u>7/2/2007</u>                          <u>/s/ Michael Boyle</u>
Date                                     Signature