IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY FITZPATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv-528-WHA |
| ) | |
| CITY OF MONTGOMERY, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Due to a change in the court's calendar, the trial of this case, previously scheduled for the term of court commencing July 28, 2008, is RESET for a term of court set to commence August 11, 2008, in Montgomery, Alabama. The pretrial hearing, presently scheduled for June 23, 2008, is RESET for July 2, 2008, at a time to be set by later order. The parties are given until **August 24, 2007,** to file an Amended Report of Parties Planning Meeting requesting any specific deadline changes they wish to have made in the outstanding Uniform Scheduling Order.

DONE this 16th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE