**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| LARRY FITZPATRICK, | ) Case No.: 2:07-CV-528 |
| | ) |
| Plaintiff, | ) **NOTICE OF APPEARANCE** |
| | ) |
| vs. | ) |
| | ) |
| CITY OF MONTGOMERY, | ) |
| | ) |
| Defendant | ) |

COMES NOW the undersigned Wallace D. Mills and gives notice of his appearance before this Honorable Court as lead attorney for the Defendant City of Montgomery in the above-entitle action, and respectfully requests that copies of all pleadings and communications be hereafter forwarded to him.

Respectfully submitted this the 13th day of September, 2007.


   /s/ Wallace D. Mills   
Wallace D. Mills (MIL 090)
Attorney for City of Montgomery


OF COUNSEL:
City of Montgomery Attorney's Office
103 North Perry St., Rm. 200
Montgomery, AL 36104
(334) 241-2050

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of September, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Joseph Charles Guillot, Esq.
McPhillips Shinbaum LLP
P.O. Box 64
Montgomery, AL 36101-0064

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:


/s/ Wallace D. Mills
OF COUNSEL