IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY FITZPATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-cv-528-WHA |
| | ) | |
| CITY OF MONTGOMERY, ALABAMA | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the *Motion to Withdraw Admissions* (Doc. 12, filed November 28, 2007), it is

**ORDERED** that Plaintiff file a response to this motion on or before **December 7, 2007**.

DONE this 29th day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE