IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY FITZPATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-cv-528-WHA |
| | ) | |
| CITY OF MONTGOMERY, ALABAMA | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the *Motion to Withdraw Admissions* (Doc. 12, filed November 28, 2007) and *Plaintiff's Response to Defendant's Motion to Withdraw Admissions* (Doc. 14, filed December 5, 2007), it is

**ORDERED** that the *Motion to Withdraw Admissions* (Doc. 12) is **GRANTED**. It is further **ORDERED** that Defendant must respond to the Request for Admissions on or before **December 12, 2007**. Counsel for the defendant is advised that in the future, he must first confer with opposing counsel prior to requesting Court intervention and further, the Court will not be as lenient for a failure to comply with deadlines.

DONE this 7th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE