IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LARRY FITZPATRICK,** | ) Case No.: 2:07-CV-528 |
| **Plaintiff,** | ) **CITY OF MONTGOMERY'S WITNESS LIST** |
| vs. | ) |
| **CITY OF MONTGOMERY,** | ) |
| **Defendant** | ) |

Comes now the City of Montgomery, Defendant in the above-styled action, and submits the following witness list pursuant to Rule 26(a)(3) of the *Federal Rules of Civil Procedure*:

**Witnesses Defendant expects to present:**

1. Terry Gaddis – 934 N. Ripley St., Montgomery, AL 36104, (334) 241-2509

2. Royce Albright – 934 N. Ripley St., Montgomery, AL 36104, (334) 241-2509

3. Eugene Knox – 934 N. Ripley St., Montgomery, AL 36104, (334) 241-2509

4. Roy Wilson – 934 N. Ripley St., Montgomery, AL 36104, (334) 241-2509

**Witnesses Defendant may call if need arises:**

5. Bobby N. Bright – 103 N. Perry Street, Montgomery, Alabama 36104, 334-241-2050

6. All witnesses identified on Plaintiff's Witness List.

7. Any witnesses necessary for rebuttal.

8. Any witnesses necessary for impeachment.

9. Any witnesses discovered hereafter

The defendant reserves the right to amend this witness list if necessary.

/s/ Wallace D. Mills_____
WALLACE D. MILLS (MIL090)
Assistant City Attorney

CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

> Joseph C. Guillot, Esq.
> McPhillips, Shinbaum LLP
> P.O. Box 64
> Montgomery, AL 36101-0064

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> None

/s/Wallace D. Mills_____
Wallace D. Mills
Assistant City Attorney
103 North Perry Street
Montgomery, AL  36104