IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY FITZPATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  2:07cv528-WHA |
| | ) | |
| | ) | |
| CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

Upon consideration of the Motion in Limine (Doc. #29), filed on July 16, 2008 and the Objection to Plaintiff's Exhibits (Doc. #30) filed on July 21, 2008, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before July 28, 2008** why the motion should not be granted and the objections sustained.  The motion and objection will be taken under submission on that day for determination without oral hearing.

DONE this 21st day of July, 2008.

        /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE