IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY FITZPATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv528-WHA |
| ) | |
| CITY OF MONTGOMERY, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Plaintiff's Objections to Defendant's Exhibits (Doc. #33), filed on July 24, 2008, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before August 4, 2008** why the objections should not be sustained. The objections will be taken under submission on that day for determination without oral hearing.

DONE this 28th day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE