IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY FITZPATRICK,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | Civil Action No.  2:07cv528-WHA |
| ) | (WO) |
| ) | |
| CITY OF MONTGOMERY,     ) | |
| ) | |
| Defendant.     ) | |

## **ORDER**

Counsel for the parties are advised that after a jury has been selected on August 11, the jury will be excused until after lunch.  After the jury has been excused, the court will take up various outstanding matters for determination before recessing for lunch.

DONE this 7th day of August, 2008.


   /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE