IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY FITZPATRICK,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF MONTGOMERY,<br><br>  Defendant | Case No.: 2:07-CV-528<br><br>**JOINT STIPULATION OF DISMISSAL** |

COME NOW the parties in the above-styled action, by and through undersigned counsel and, pursuant to Fed. R. Civ. P. 41(a)(ii), stipulate to the dismissal of the above-entitled action with prejudice with each party to bear one-half of jury costs incurred by the Court. Any and all other costs shall be borne by the party incurring said costs. In support thereof, the parties show unto this Court that a settlement agreement has been reached by and between the parties settling and disposing of any and all claims pending in the above-styled action.

Respectfully submitted,

_____
Wallace D. Mills (MIL 090)
Attorney for Defendant

_____
Joe Guillot (GUI011)
Attorney for Plaintiff