IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Larry Fitzpatrick,<br><br>  Plaintiff,<br><br>vs.<br><br>City of Montgomery,<br><br>  Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.   2:07cv528-WHA<br>)<br>)<br>)<br>)<br>) |

Attorney Name and Address    Joseph Charles Guillot
McPhillips Shinbaum LLP
PO Box 64
Montgomery, AL 36101-0064

Payable To:   DEBRA P. HACKETT_____, CLERK

For Costs in above suit, as follows:

----------------------------------------------------------------------------------------

Date

8/18/08    Jury Costs taxed equally against the parties
pursuant to order of 8/18/08

Portion due from plaintiff:  $1,562.10


DEBRA P. HACKETT, Clerk

By: _____
Deputy Clerk

\*\*\*\*\*\*\*\*\*\*\*Please return this bill with your remittance\*\*\*\*\*\*\*\*\*\*