IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Larry Fitzpatrick, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.   2:07cv528-WHA |
| | ) | |
| | ) | |
| City of Montgomery, | ) | |
| | ) | |
| Defendant. | ) | |

<u>Attorney Name and Address</u>   Wallace Damon Mills
　　　　　　　　　　　　　　　　City of Montgomery
　　　　　　　　　　　　　　　　Legal Division
　　　　　　　　　　　　　　　　PO Box 1111
　　　　　　　　　　　　　　　　Montgomery, AL 36101-0111

　　　　　　　　　　　　　　　　Payable To:   <u>DEBRA P. HACKETT　　　</u>, CLERK

　　　For Costs in above suit, as follows:

----------------------------------------------------------------------------------------------------

Date

8/18/08　　　Jury Costs taxed equally against the parties
　　　　　　　pursuant to order of 8/18/08

　　　　　　　　　　　　　　　　　　　　Portion due from defendant: $1,562.10

　　　　　　　　　　　　　　　　　　　　DEBRA P. HACKETT, Clerk
　　　　　　　　　　　　　　　　　　　　By: *[signature]*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　***********Please return this bill with your remittance***********