```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006212
Cashier ID: brobinso
Transaction Date: 08/25/2008
Payer Name: JPMORGAN CHASE
----------------------------------------
RECOVERIES OF COURT COST
 For: CITY OF MONTGOMERY
 Case/Party: D-ALM-2-07-CV-000528-001
 Amount:         $1,562.10
----------------------------------------
CHECK
 Check/Money Order Num: 0143900562
 Amt Tendered:   $1,562.10
----------------------------------------
Total Due:       $1,562.10
Total Tendered:  $1,562.10
Change Amt:      $0.00

FOR JURY COSTS TAXED EQUALLY
AGAINST THE PARTIES PURSUANT TO
ORDER OF 8/18/08
```