```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006217
Cashier ID: khaynes
Transaction Date: 08/26/2008
Payer Name: MCPHILLIPS SHINBAUM LLp
-----------------------------------
RECOVERIES OF COURT COST
 For: MCPHILLIPS SHINBAUM LLp
 Case/Party: D-ALM-2-07-CV-000528-001
 Amount:         $1,562.10
-----------------------------------
CHECK
 Check/Money Order Num: 42689
 Amt Tendered:  $1,562.10
-----------------------------------
Total Due:       $1,562.10
Total Tendered:  $1,562.10
Change Amt:      $0.00

Fitzpatrick v. City of Montgomery,
Alabama

2:07-cv-00528-WHA-TFM
```